UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAVELLE DUMETZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: 1:24-cv-0577 JLT EPG<br><br>ORDER REMANDING THE MATTER PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TERMINATING PLANTIFF'S MOTION FOR SUMMARY JUDGMENT AS MOOT<br><br>(Docs. 12, 16)<br><br>ORDER DIRECTING ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF LAVELLE DUMETZ AND AGAINST DEFENDANT MARTIN O'MALLEY, COMMISSIONER OF SOCIAL SECURITY |

Lavelle Dumetz and Martin O'Malley, Commissioner of Social Security, stipulated to a voluntary remand of Plaintiff's application for benefits for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). (Doc. 16.) Pursuant to the stipulation of the parties, the final decision of the Commissioner is reversed, and upon remand the administrative law judge shall "re-evaluate the evidence of record" and issue a new decision. (*Id.* at 1.) In addition, the parties agreed that judgment should be entered in favor of Plaintiff and against the Commissioner. (*Id.*)

Based upon the terms of the stipulation, the Court **ORDERS**:

1. The matter is **REMANDED** for further administrative proceedings under sentence four of 42 U.S.C. § 405(g).

2. Plaintiff's motion for summary judgment (Doc. 12) is terminated as **MOOT**.

1

3. The Clerk of Court is directed to enter judgment in favor of Plaintiff Lavelle Dumetz and against Defendant Martin O'Malley, the Commissioner of Social Security.

IT IS SO ORDERED.

Dated: **October 2, 2024**

*/s/ Jennifer L. Thurston*
UNITED STATES DISTRICT JUDGE