1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LAVELLE DUMETZ, | Case No.: 1:24-cv-0577 JLT EPG |
| Plaintiff, | ORDER AWARDING ATTORNEY'S FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |
| v. | |
| MARTIN O'MALLEY, Commissioner of Social Security, | (Doc. 19) |
| Defendant. | |

Lavelle Dumetz and Martin O'Malley, the Commissioner of Social Security, stipulated that Plaintiff shall be awarded fees and expenses in the amount of $7,800.00 pursuant to the Equal Access to Justice Act, and no costs under 28 U.S.C. § 1920. (Doc. 19 at 1.) Accordingly, the Court **ORDERS**: Subject to the terms of the parties' stipulation, Plaintiff is **AWARDED** fees and expenses in the amount of $7,800.00 under 28 U.S.C. § 2412(d).

IT IS SO ORDERED.

Dated:   **October 17, 2024**

UNITED STATES DISTRICT JUDGE

1